

# Fourth Court of Appeals
## San Antonio, Texas

July 17, 2019

No. 04-19-00460-CR

**IN RE** Franklin Robert **ELKINS**

Original Mandamus Proceeding[1]

**ORDER**

On July 8, 2019, relator filed a petition for writ of mandamus. Because this court does not have jurisdiction to address relator's complaint, the petition for writ of mandamus is DISMISSED FOR WANT OF JURISDICTION. *See* TEX. R. APP. P. 52.8(a). Relator's motion for leave to file a petition for writ of mandamus is DENIED AS MOOT.

It is so **ORDERED** on July 17, 2019.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of July, 2019.

_Keith E. Hottle_
Keith E. Hottle, Clerk of Court

---

[1] This proceeding arises from a parole panel decision by the State of Texas Board of Pardons and Paroles.